## John W. Seaman, Mary E. Taggart and Margaret A. Spriggs v. Borough of Washington, Appellant.

Argued Oct. 23, 1895.  Appeal, No. 92, Oct. T., 1895, by defendant, from judgment of C. P. Washington County, February Term, 1894, No. 79, on verdict for plaintiffs.  Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.  Affirmed.

OPINION BY MR. JUSTICE GREEN, January 6, 1896:

The judgment in this case is affirmed for the reasons stated in the opinion just filed in the case of Seaman v. Borough of Washington.  The two cases were tried together before the same jury and the questions are precisely the same in both.

Judgment affirmed.